IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID LYKINS, PAMELA CRAIGHEAD, MAURICE BULLARD and DONNA BURLESON, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No: 3:13-cv-01374<br>)<br>) Judge Sharp |
| vs. | ) Magistrate Judge Griffin<br>) |
| FIRST ACCEPTANCE CORPORATION, FIRST ACCEPTANCE INSURANCE COMPANY, INC., FIRST ACCEPTANCE INSURANCE COMPANY OF TENNESSEE, INC., AND ACCEPTANCE INSURANCE AGENCY OF TENNESSEE, INC., Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO ACCEPT THE LATE-FILED CONSENT TO BECOME PARTY PLAINTIFF FORMS OF ADDITIONAL PUTATIVE CLASS MEMBERS**

Come Plaintiffs and move the Court for an Order granting leave to file a Reply Brief in Support of Plaintiffs' Motion to Accept the Late-Filed Consent to Become Party Plaintiff Forms of Additional Putative Class Members.

On September 4, 2014, Plaintiffs filed their Motion to Accept the Consent to Become Party Plaintiff Forms of Additional Putative Class Members. *DE 54, Pls.' Motion.* As reflected in Plaintiffs' Motion, the Consents of four (4) additional opt-in Plaintiffs (Patricia Ann Brogan, Charles H. Brown, Shirley C. Gerdes and Wesley P. Zimmerman) were filed after the July 17, 2014 deadline established for filing consents in the Order granting Plaintiffs' Motion for Conditional Certification. *Id.*

On September 9, 2014, Defendants filed an Objection, opposing Plaintiffs' Motion. *DE 55, Defs.' Objection.*